UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-CV-24273

ANDRES GOMEZ,

Plaintiff,

v.

PANDA RESTAURANT GROUP, INC.
and PANDA EXPRESS, INC.

Defendants.
_______________________________________/

**NOTICE OF TENTATIVE SETTLEMENT AND REQUEST**
**TO STAY ALL PENDING DEADLINES**

Defendants, Panda Restaurant, Inc. and Panda Express, Inc. (collectively, "Defendants"), with Plaintiff Andres Gomez's consent, provide notice that the parties have reached a tentative settlement to fully resolve this action.

The parties further request that all pending deadlines be stayed, including Defendants' deadline to respond to Plaintiff's Complaint on December 22, 2016.

Upon the execution of a confidential settlement agreement within forty-five (45) days, the parties will file a stipulated motion to dismiss this action with prejudice.

DATED: this 21st day of December, 2016

Respectfully submitted,

/s/ *Lindsay M. Alter*

Lindsay M. Alter, Esq.
Florida Bar No. 103237
E-Mail: lalter@littler.com
Littler Mendelson, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL 33131
Telephone: (305) 400-7500
Facsimile: (305) 603-2552

COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 21st day of December, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se identified on the attached Service List in the matter specified either via transmission of notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or Parties who are not authorized to receive electronically Notices of Electronic Filing.

BY: /s/ *Lindsay M. Alter*
Lindsay M. Alter, Esq.

**SERVICE LIST**

**COUNSEL FOR PLAINTIFF**

Scott R. Dinin, Esq.
Florida Bar No.: 97780
E-mail: inbox@dininlaw.com
SCOTT R. DININ, P.A.
Northwest Wynwood
4200 NW 7th Avenue
Miami, FL 33127-2702
Telephone: (786) 431-1333

**COUNSEL FOR DEFENDANT**

Lindsay M. Alter, Esq.
Florida Bar No. 103237
Email: lalter@littler.com
LITTLER MENDELSON, P.C.
Attorney for Defendant
333 SE 2nd Avenue, Suite 2700
Miami, Florida 33131
Telephone: (305) 400-7500
Facsimile: (305) 603-2552

Firmwide:144603649.1 071828.1059